B 01-106

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RODOLFO RAMIREZ | § | |
| | § | |
| V. | § | C.A. NO. C-01-237 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER OF TRANSFER

Petitioner is an inmate currently confined at the McConnell Unit of the Texas Department of Criminal Justice - Institutional Division in Beeville, Texas. Proceeding *pro se*, petitioner filed this application for federal habeas corpus relief under 28 U.S.C. § 2254 (D.E. 1). Petitioner challenges his 1995 conviction in the 197th Judicial District Court of Willacy County, Texas.

A prisoner in state custody may file a writ of habeas corpus in the district in which he is in custody or the district wherein his conviction arose. 28 U.S.C. § 2241(d). Petitioner is incarcerated in Bee County, which lies within the Corpus Christi Division of the Southern District of Texas. 28 U.S.C. § 124(b)(6). Petitioner was convicted by a court in Willacy County, which lies within the Brownsville Division of the Southern District of Texas. 28 U.S.C. § 124(b)(4). Though the law requires only that the lawsuit be filed in the Southern District of Texas, it is not obvious to the court why plaintiff chose to file his lawsuit in the Corpus Christi Division instead of the Brownsville Division, where he was convicted.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
Deputy Clerk

In any event, for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other division where it might have been brought. 28 U.S.C. § 1404(a). The records of petitioner's conviction and potential witnesses are located in Willacy County. The Court finds a transfer would be in the furtherance of justice.

Accordingly, it is ordered that the Clerk transfer this action to the United States District Court for the Southern District of Texas, Brownsville Division.

ORDERED this __18__ day of June, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE