5

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1133 N. Shoreline Blvd., Rm. 208
Corpus Christi, TX   78401

MICHAEL N. MILBY
CLERK OF COURT

United States District Court
Southern District of Texas
Filed
JUN 2 0 2001
Michael N. Milby, Clerk

June 19, 2001

Clerk, U.S. District Court
Southern District of Texas
Brownsville Division
P.O. Box 2299
Brownsville, TX   78522

RE:   Civil Action C-01-237
      Rodolfo Ramirez v.
      Gary L. Johnson

Dear Sir:

Enclosed is a certified copy of an order entered on June 19, 2001 transferring the above captioned case to your division.

We are transmitting the entire original case file along with a certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below and returning a copy to us in the enclosed envelope.

Sincerely,

Michael N. Milby, Clerk

By: _____
    Deputy

cc:  Counsel of Record

RECEIVED AND FILED UNDER CIVIL ACTION NO. B 01-106
on 6/20/01.

CLERK, U.S. DISTRICT COURT

By: _____
    Deputy

B 01-306

```
                                                    TRANSF PRIS
                                                    CLOSED
            U.S. District Court
     TXS - Southern District of Texas (Corpus Chris)

        CIVIL DOCKET FOR CASE #: 01-CV-237

Ramirez v. Johnson                              Filed: 05/24/01
Assigned to: Judge Hayden W. Head Jr
Demand: $0,000                           Nature of Suit: 530
Lead Docket: None                        Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


RODOLFO RAMIREZ              Rodolfo Ramirez
     petitioner              [COR LD NTC] [PRO SE]
                             #727876
                             McConnell Unit
                             3001 S  Emily Drive
                             Beeville, TX 78102


   v.


GARY L JOHNSON
    respondent
```

**TRUE COPY I CERTIFY
ATTEST:**
MICHAEL N. MILBY, Clerk
By _____
        Deputy Clerk

Docket as of June 19, 2001 1:02 pm                    Page 1

```
Proceedings include all events.                      TRANSF PRIS
2:01cv237 Ramirez v. Johnson                         CLOSED

5/24/01   1    Prisoner Petition for Writ of Habeas Corpus; filed. No
               trust fund account statement submitted with petition. (sw)
               [Entry date 05/31/01]

5/24/01   2    MOTION to proceed in forma pauperis by Rodolfo Ramirez
               Rodolfo Ramirez for petitioner Rodolfo Ramirez, Motion
               Docket Date 6/13/01 [2-1] motion , filed. (sw)
               [Entry date 05/31/01]

5/24/01   3    NOTICE of EXCLUSION, filed (sw) [Entry date 05/31/01]

5/31/01   --   File to law clerk k.b. (sw)

6/18/01   4    Order of Transfer prisoner case to Brownsville Division , ,
               entered. Parties ntfd.( Signed by Judge Hayden W. Head Jr )
               (dp) [Entry date 06/19/01]

6/18/01   --   Case closed (dp) [Entry date 06/19/01]

6/19/01   --   Intradistrict transfer to Brownsville Division. Mailed
               certified copy of transfer order [4-1], current docket and
               originals of DE #1-#3 via cm/rrr. (dp)
```

Docket as of June 19, 2001 1:02 pm                              Page 2