6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RODOLFO RAMIREZ | * |
| VS | *   C.A. NO. B-01-106 |
| GARY L. JOHNSON | * |

# O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **September 10, 2001.**

DONE at Brownsville, Texas, this 6thth day of July 2001.

_____
Felix Recio
United States Magistrate Judge