UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RODOLFO RAMIREZ, Petitioner, § § § | |
| v. § § | CIVIL ACTION NO. B-01-106 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. § § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is hereby DENIED. The Respondent's Motion to Dismiss with prejudice in accordance with 28 U.S.C. § 2254(d) is hereby GRANTED.

DONE at Brownsville, Texas this 16 day of October, 2001.

Hilda Tagle
United States District Judge

5